**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSA ESTELA SAUCEDO SERNA,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>Defendants. | No. 2:25-cv-08439-JAK (PDx)<br><br>**ORDER RE STIPULATION BETWEEN PARTIES TO REMAND ACTION FROM FEDERAL TO STATE COURT (DKT. 11)**<br><br>**JS-6: CASE TERMINATED** |

1

1   Based on a review of the Stipulation Between the Parties to Remand Action from
2   Federal to State Court (the "Stipulation" (Dkt. 11)), sufficient good cause has been
3   shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:
4   The action is remanded to the Los Angeles Superior Court, at the Inglewood
5   Courthouse, No. 24TRCV03288, for lack of subject matter jurisdiction pursuant to 28
6   U.S.C. § 1332(a).
7   All pending dates and deadlines in this proceeding are vacated.

**IT IS SO ORDERED.**

Dated: November 5, 2025

John A. Kronstadt
United States District Judge

2